Supplemental Civil Cover Sheet
Page **1** of **2**

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 143RD DISTRICT COURT | 19-09-23154-CVR |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | SHEILA REID, PLAINTIFF | Matthew J. Olivarez, Bar No. 24088154, Law Office of |
    |  | Bicklein, PC, 519 Golder, Odessa, TX 79761 43236248 |
    | FLYING J., INC. INDIVIDUALLY AND D/B/A FLY | Michael B. Jones, State Bar No. 24002375, CANTERB |
    | DEFENDANT | GOOCH, SURRATT, SHAPIRO, STEIN & JONES |
    |  | 4851 LBJ Freeway, Suite 301 Dallas, Texas 75244-6136 |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?   ✓ Yes   ☐ No

    If *"Yes,"* by which party and on what date?

    SHEILA REID                                          9/9/2019
    Party                                                Date

4. **Answer:**

   Was an Answer made in State Court?   ✓ Yes     ☐ No

   If "*Yes*," by which party and on what date?

   FLYING J., INC. INDIVIDUALLY AND DBA FI          10/7/2019
   Party                                                                       Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   |  |  |